

# JUDGMENT

# Court of Appeals

# First District of Texas

NO. 01-15-00524-CV

BENEDICT EMESOWUM, Appellant

V.

ANNE BARONITIS, SEARGENT B. RINER, AND UNIVERSITY OF TEXAS
HEALTH SCIENCE CENTER, Appellees

Appeal from the County Civil Court at Law No. 1 of Harris County
(Tr. Ct. No. 1061504).

This case is an appeal from the order signed by the trial court on June 2, 2015. After inspecting the record of the court below, it is the opinion of this Court that it has no jurisdiction over the appeal. It is therefore **CONSIDERED, ADJUDGED, and ORDERED** that the appeal be dismissed.

The Court **orders** that costs be taxed against appellant.

The Court **orders** that this decision be certified below for observance.

Judgment rendered August 25, 2015.

Per curiam opinion delivered by panel consisting of Justices Keyes, Massengale, and Lloyd.